BORIS FELDMAN, State Bar No. 128838
JEROME F. BIRN, JR., State Bar No. 128561
BENJAMIN M. CROSSON, State Bar No. 247560
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
650 Page Mill Road
Palo Alto, CA 94304-1050
Telephone: (650) 493-9300
Facsimile: (650) 493-6811
Email: boris.feldman@wsgr.com
Email: jbirn@wsgr.com
Email: bcrosson@wsgr.com

Attorneys for Defendants TrueCar, Inc.,
Scott Painter, and Michael Guthrie

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SATYABRATA MAHAPATRA, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>TRUECAR, INC., SCOTT PAINTER, and MICHAEL GUTHRIE,<br><br>Defendants. | CASE NO.: 2:15-cv-03979-R-PJW<br><br>**NOTICE OF LODGING OF PROPOSED JUDGMENT** |

Defendants TrueCar, Inc., Scott Painter, and Michael Guthrie ("Defendants") hereby lodge the attached Proposed Judgment (attached hereto as Exhibit 1) against Lead Plaintiffs Fernando Martinez and MacDonald Bowyer ("Lead Plaintiffs") pursuant to Local Rule 5-4.4.1 . By Order dated December 9, 2015, the Court dismissed with prejudice Lead Plaintiffs' Amended Complaint and all claims asserted therein, and denied their right to amend the complaint. ECF No. 70.

In light of the Court's dismissal order, Defendants respectfully request that the Court now enter judgment pursuant to Federal Rule of Civil Procedure 58(d).

Dated: December 15, 2015

WILSON SONSINI GOODRICH & ROSATI
Professional Corporation

By: /s/ Boris Feldman
Boris Feldman

650 Page Mill Road
Palo Alto, CA 94304
Phone: (650) 493-9300

*Attorneys for Defendants TrueCar, Inc., Scott Painter, and Michael Guthrie*