1

2

3

4

5

6

7

8 **UNITED STATES DISTRICT COURT**

9 **CENTRAL DISTRICT OF CALIFORNIA**

10

11 SATYABRATA MAHAPATRA,
individually and on behalf of all others
12 similarly situated,

CASE NO.: 2:15-cv-03979-R-PJW

**FINAL JUDGMENT**

13            Plaintiff,

14      v.

15 TRUECAR, INC., SCOTT PAINTER,
and MICHAEL GUTHRIE,
16

17            Defendants.

18

19

20

21

22

23

24

25

26

27

28

FINAL JUDGMENT
CASE NO. 2:15-CV-03979-R-PJW

1      1.      The Court having granted Defendants TrueCar, Inc., Scott Painter,

2   and Michael Guthrie's ("Defendants") Motion to Dismiss Plaintiffs' Amended

3   Complaint, in an order entered on December 9, 2015, final judgment is hereby

4   entered in favor of Defendants and against Lead Plaintiffs Fernando Martinez and

5   MacDonald Bowyer.

6      2.      Lead Plaintiffs' Amended Complaint is dismissed in its entirety.

7      3.      This is a final, appealable judgment.  The Court finds that there is no

8   just reason for delay of entry of this final judgment within the meaning of Federal

9   Rules of Civil Procedure 54(b) and 58.

10   IT IS SO ORDERED.

11

12

13   Dated:  January 5, 2016

14                                        Honorable Manuel Real
                                          United States District Court Judge

15

16

17

18

19

20

21

22

23

24

25

26

27

28

-1-

FINAL JUDGMENT
CASE NO. 2:15-CV-03979-R-PJW